UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL N. MORALES,

    Petitioner,

  v.

DAN PACHOLKE,

    Respondent.

Case No. C07-5696FDB

ORDER GRANTING MOTION FOR EXTENSION OF TIME IN PART

The Magistrate Judge filed a Report and Recommendation on May 19, 2008 noting the matter for June 13, 2008. The Magistrate Judge recommended that the petition be denied as untimely.

Petitioner Morales filed a Motion for Extension of Time of 15 days on May 27, 2008 contending that he wants to research the matter of "equitable tolling" and submit a "comprehensive objection" to the Magistrate's Report and Recommendation.

Considering that Petitioner has had the time from May 27, 2008 to the present to have been conducting the equitable tolling research, the Court will grant his motion in part, to Monday, June 23, 2008.

NOW, THEREFORE, IT IS ORDERED: Petitioner's Motion for Extension of Time [Dkt. 13] is GRANTED IN PART and Petitioner has until Monday, June 23, 2008 to file a response to the Report and Recommendation. The Clerk shall RENOTE THE REPORT AND RECOMMENDATION for consideration on Tuesday, June 24, 2008.

DATED this 10th day of June, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1