UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL N. MORALES,

    Petitioner,

  v.

DAN PACHOLKE,

    Respondent.

Case No. C07-5696FDB

ORDER GRANTING EXTENSION OF TIME

Petitioner was given additional time to submit an objection to the Report and Recommendation. Petitioner now requests a further extension of 30 days in order that he can obtain certain documentation to submit with his objections. ACCORDINGLY,

IT IS ORDERED: Petitioner's Motion for an Extension of Time [Dkt. # 15] is GRANTED and Petitioner is given additional time to July 25, 2008 to file objections to the Report and Recommendation.

The Clerk shall renote the Report and Recommendation for consideration on July 28, 2008.

DATED this 8th day of July, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1