# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL N. MORALES

v.

DAN PACHOLKE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5696FDB/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's federal *habeas corpus* petition is DISMISSED.

| August 12, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

        *s/CM Gonzalez*
Deputy Clerk